IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DEXTER C. NEWSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

Case No. 5D22-1522
LT Case No. 2009-CF-000138-A-X

_____/

Opinion filed August 19, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Dexter C. Newson, Crawfordville,
pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the November 18, 2021 order denying Petitioner's motion to correct illegal

sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a), rendered in Case No. 2009-CF-000138-A-X, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.